UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TALON TECHNOLOGIES, INC. | ) | JUDGE PAUL R. MATIA |
| | ) | |
| Plaintiff | ) | CASE NO. 1:04CV1845 |
| | ) | |
| -vs- | ) | |
| | ) | ORDER OF DISMISSAL |
| ENSTROM HELICOPTER CORPORATION | ) | |
| | ) | |
| Defendant | ) | |

On May 9, 2005, the Court ordered the plaintiff corporation to have an attorney file a notice of appearance by May 25, 2005 or the case would be dismissed as requested in defendant's motion to dismiss. (Doc. 32). As of this date, the plaintiff corporation has failed to comply with the Court's Order.

Accordingly, defendant's motion to dismiss is granted. (Doc. 32). The action is dismissed pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: May 27, 2005.                     /s/ Paul R. Matia
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      A copy of this Order of Dismissal was filed electronically this 27th day of May, 2005.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing Order of Dismissal was also sent by United States mail on to to Talon Technologies, Inc., 7637 St. Clair Avenue, Mentor, Ohio 44060.

                                        <u>/s/ Paul R. Matia</u>
                                        UNITED STATES DISTRICT JUDGE